FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLENE B.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO:  4:22-CV-5024-RMP<br><br>ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND |

　　　BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 11.  Plaintiff Marlene B.[1] is represented by attorney Chad Hatfield.  The Commissioner of Social Security is represented by Special Assistant United States Attorney Jeffrey Staples.

　　　After consideration, **IT IS HEREBY ORDERED** that the parties' Stipulated Motion for Remand, **ECF No. 11**, is **GRANTED**.  Pursuant to the parties'

---

[1] The Court uses Plaintiff's first name and last initial to protect his privacy.

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 1

stipulation, the Commissioner's final decision is **reversed and remanded** for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand the Commissioner will instruct the Administrative Law Judge ("ALJ") to offer Plaintiff the opportunity for a new hearing and issue a new decision. *See* ECF No. 11 at 1–2. The ALJ should further develop the record as to Plaintiff's vascular gliosis and obtain the testimony of a medical expert, as appropriate, and reevaluate Plaintiff's residual functional capacity step-five findings. *See* ECF Nos. 11 and 11-1.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. §§ 1920, 2412(d).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 10**, is **DENIED AS MOOT**.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel, enter judgment in favor of Plaintiff, and **close the file**.

**DATED** September 26, 2022.

  *s/ Rosanna Malouf Peterson*
  ROSANNA MALOUF PETERSON
  Senior United States District Judge

ORDER GRANTING PARTIES' STIPULATED MOTION TO REMAND ~ 2